## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, | ) ) ) | **CASE NUMBER:** | 1:07-cv-00162 |
| | ) | **JUDGE:** | Judge Rosemary M. Collyer |
| KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TINEJERO TOGGERY | ) ) ) ) | **DECK TYPE:** | Tribal Rights |
| JAMUL INDIAN VILLAGE, a federally recognized Indian tribe, | ) ) ) | **DATE STAMP:** | |
| Plaintiffs, | ) ) ) | | |
| v. | ) ) | | |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, by and through DIRK KEMPTHORNE, in his official capacity, | ) ) ) ) ) | | |
| BUREAU OF INDIAN AFFAIRS, by and through Assistant Secretary of Indian Affairs, JAMES E. CASON. | ) ) ) ) | | |
| Defendants. | ) ) | | |

## NOTICE OF APPEARANCE FOR DEFENDANTS

Please enter the appearance of Samantha Klein as counsel of record for all defendants.

Ms. Klein is registered to use this Courts Electronic Case Filing System ("ECF"), and thus may

be served electronically using ECF.  If necessary, notices, orders or other papers may

alternatively be sent to Ms. Klein at the address set forth below.

Dated this 30th day of January, 2007.

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Divsions

By:   <u>/s/ Samantha Klein</u>
Samantha Klein
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0474
Facsimile: (202) 305-0506