UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, P.O. Box 85, Jamul, California, 91935 | CASE NUMBER:  1:07-cv-00162 |
| | JUDGE:   Judge Rosemary M. Collyer |
| KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, P.O. Box 375, Jamul, California, 91935 | DECK TYPE:   Tribal Rights |
| | DATE STAMP: |
| JAMUL INDIAN VILLAGE, a federally recognized Indian tribe, P.O. Box 612 Jamul, California, 91935 | |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, by and through DIRK KEMPTHORNE, in his official capacity, | |
| BUREAU OF INDIAN AFFAIRS, by and through Assistant Secretary of Indian Affairs, JAMES E. CASON. | |
| Defendants. | |

**NOTICE OF APPEARANCE FOR DEFENDANTS**

Please enter the appearance of Alex Kriegsman, in addition to Samantha Klein, as counsel of record for all defendants. Mr. Kriegsman is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Mr. Kriegsman at the address set forth below.

February 9, 2007.

                                  Respectfully submitted,

                                  MATTHEW J. MCKEOWN
                                  Acting Assistant Attorney General
                                  United States Department of Justice
                                  Environment and Natural Resources Divsions

By:       */s/ Alex Kriegsman*_____
                Alex Kriegsman
                Trial Attorney
                United States Department of Justice
                Natural Resources Section
                P.O. Box 663
                Washington, D.C.  20044-0663
                Tel: (202) 305-3022
                Facsimile: (202) 305-0506