UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, P.O. Box 85, Jamul, California, 91935 ) ) ) ) ) | CASE NUMBER:   1:07 CV 00162 |
| | JUDGE:   Rosemary M. Collyer |
| | DECK TYPE:   Tribal Rights |
| KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, P.O. Box 375, Jamul, California, 91935 ) ) ) ) ) | DATE STAMP: |
| JAMUL INDIAN VILLAGE, a federally recognized Indian tribe, P.O. Box 612, Jamul, California, 91935. ) ) ) ) | MOTION FOR ADMISSION OF PATRICK D. WEBB *PRO HAC VICE* |
| Plaintiffs, vs. ) ) ) | |
| UNITED STATES OF AMERICA, Department of Justice and its divisions, including but not limited to, DEPARTMENT OF THE INTERIOR, by and through Secretary DIRK KEMPTHORNE, in his official capacity, ) ) ) ) ) ) ) ) | |
| BUREAU OF INDIAN AFFAIRS, by and through Assistant Secretary of Indian Affairs, JAMES E. CASON, in his official capacity. ) ) ) ) ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION OF PATRICK D. WEBB *PRO HAC VICE***

Plaintiffs WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, and the JAMUL INDIAN VILLAGE hereby move this court to allow Patrick D. Webb, of Webb & Carey, APC, to appear *pro hac vice* on behalf of said plaintiffs in the above-

entitled action.

The plaintiffs' complaint seeks a preliminary injunction to prevent the United States and its agencies from allowing the immediately threatened knowing and willful mutilation, desecration, and disinterment of their Native American human remains, grave goods, cultural items, associated funerary and sacred objects of cultural patrimony, by an opposing faction of Native Americans within the tribe that seek to further harass the plaintiffs by forcibly evicting them from the property the plaintiffs beneficially own, and illegally commencing grading on 7.2 acres of an 8.9 acre construction site for a 14 story gambling casino and hotel, among the parcels known as 597-080-04, 597-080-05, and 597-080-06. Webb Dec. ¶ 2.

Patrick Webb has represented the plaintiffs for the last 11 years, and is lead counsel in a companion California state action seeking a similar preliminary injunction against the State of California under California's corollary Native American Grave Protection and Repatriation Act, Cal. Pub. Res. Code 5097.9-5097.99. Mr. Webb is a member in good standing of the California State Bar. Webb Dec. ¶ 2. He is admitted to practice before all courts of the State of California, the Untied States District Court for the Southern and Central Districts of California, the United States Court of Appeals for the Ninth Circuit, the United States Supreme Court, and has been admitted *pro hac vice* before the United States District Court for Arizona and New Hampshire. Webb Dec. ¶ 1. Mr. Webb has not been disciplined by any bar of any court within the United States or elsewhere. Webb Dec. ¶ 3. Mr. Webb has never before applied for or been admitted to appear *pro hac vice* before this Court. Webb Dec. ¶ 4. Mr. Webb is fully familiar with the local rules for this Court as well as the Federal Rules of Civil Procedure. Webb Dec. ¶ 5. Neither Mr. Webb, nor his law firm, maintains an office located in the District of Columbia and, therefore, he

does not engage in the practice of law from an office within the District of Columbia. Webb Dec.

¶ 6. Mr. Webb"s office address, telephone number and email address are as follows:

**WEBB & CAREY APC**
Patrick D. Webb, Esq.
401 B Street, Ste 306
San Diego CA 92101
Tel 619-236-1650
Fax 619-236-1283
email: pwebb@webbcarey.com

      For the foregoing reason, it is respectfully requested that Mr. Webb be appointed *pro hac vice* counsel for plaintiffs, WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, and the JAMUL INDIAN VILLAGE, in the above-entitled action.

Dated: February 14, 2007

/s/ Tanya Chutkan
Tanya Chutkan, Esq., D.C. Bar No. 420478
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W. Ste 800
Washington, District of Columbia 20015
Tel  (202) 237-2727
Fax (202) 237-6131

Patrick D. Webb, Esq., Calif. Bar No. 82857
**WEBB & CAREY**
401 B Street, Suite 306
San Diego, Calif. 92101
Tel  (619) 236-1650
Fax (619) 236-1283

Attorneys for WALTER ROSALES, KAREN TOGGERY,  JAMUL INDIAN VILLAGE, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, P.O. Box 85, Jamul, California, 91935 | CASE NUMBER: 1:07 CV 00162 |
| | JUDGE: Rosemary M. Collyer |
| KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, P.O. Box 375, Jamul, California, 91935 | DECK TYPE: Tribal Rights |
| | DATE STAMP: |
| JAMUL INDIAN VILLAGE, a federally recognized Indian tribe, P.O. Box 612, Jamul, California, 91935. | DECLARATION OF PATRICK D. WEBB |
| Plaintiffs, vs. | |
| UNITED STATES OF AMERICA, Department of Justice and its divisions, including but not limited to, DEPARTMENT OF THE INTERIOR, by and through Secretary DIRK KEMPTHORNE, in his official capacity, | |
| BUREAU OF INDIAN AFFAIRS, by and through Assistant Secretary of Indian Affairs, JAMES E. CASON, in his official capacity. | |
| Defendants. | |

**DECLARATION OF PATRICK D. WEBB**

I, Patrick D. Webb, do hereby declare as follows:

1.  I am an attorney at law duly licensed to practice before all Courts of the State of California and am admitted to practice before the United States District Court for the Southern and Central Districts of California, the United States Court of Appeals for the Ninth Circuit, the

United States Supreme Court, and I have been admitted *pro hac vice* before the United States District Court for Arizona and New Hampshire. My California Bar Number is 82857.

2.    With this application, I am seeking to appear *pro hac vice* on behalf of the plaintiffs WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, and the JAMUL INDIAN VILLAGE, in the above-entitled action. The plaintiffs' complaint seeks a preliminary injunction to prevent the United States and its agencies from allowing the immediately threatened knowing and willful mutilation, desecration, and disinterment of their Native American human remains, grave goods, cultural items, associated funerary and sacred objects of cultural patrimony, by an opposing faction of Native Americans within the tribe that seek to further harass the plaintiffs by forcibly evicting them from the property the plaintiffs beneficially own, and illegally commencing grading on 7.2 acres of an 8.9 acre construction site for a 14 story gambling casino and hotel, among the parcels known as 597-080-04, 597-080-05, and 597-080-06. I have represented the plaintiffs for the last 11 years, and am the lead counsel in a companion California state action seeking a similar preliminary injunction against the State of California under California's corollary Native American Grave Protection and Repatriation Act, Cal. Pub. Res. Code 5097.9-5097.99.

3.    I have not been disciplined by any bar of any court within the United States or elsewhere.

4.    I have never before applied for or been admitted to appear *pro hac vice* before this Court.

5.    I am fully familiar with the local rules for this Court as well as the Federal Rules

of Civil Procedure.

6. Neither I, nor my law firm, maintain an office located in the District of Columbia and, therefore, I do not engage in the practice of law from an office within the District of Columbia.

7. My office address, telephone number and email address are as follows:

**WEBB & CAREY APC**
Patrick D. Webb, Esq.
401 B Street, Ste 306
San Diego CA 92101
Tel 619-236-1650
Fax 619-236-1283
email: pwebb@webbcarey.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of February 2007, in San Diego, California.

*/s/ Patrick D. Webb*
Patrick D. Webb

3