UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, P.O. Box 85, Jamul, California, 91935 ) ) ) ) ) | CASE NUMBER: 1:07 CV 00162 |
| KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, P.O. Box 375, Jamul, California, 91935 ) ) ) ) ) ) | JUDGE: Rosemary M. Collyer  DECK TYPE: Tribal Rights  DATE STAMP: |
| JAMUL INDIAN VILLAGE, a federally recognized Indian tribe, P.O. Box 612, Jamul, California, 91935. ) ) ) ) | NOTICE OF APPEARANCE OF LOUIS G. SMITH |
| Plaintiffs,  vs. ) ) ) | |
| UNITED STATES OF AMERICA, Department of Justice and its divisions, including but not limited to, DEPARTMENT OF THE INTERIOR, by and through Secretary DIRK KEMPTHORNE, in his official capacity, ) ) ) ) ) ) ) ) | |
| BUREAU OF INDIAN AFFAIRS, by and through Assistant Secretary of Indian Affairs, JAMES E. CASON, in his official capacity. ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE FOR PLAINTIFFS**

Please enter the appearance of Louis G. Smith, in addition to Patrick D. Webb, Tanya S. Chutkan, and William A. Isaacson, as counsel of record for all plaintiffs. Mr. Smith is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically

using ECF. If necessary, notices, orders or other papers may alternatively be sent to Mr. Smith at the address set forth below.

          Respectfully submitted,

Dated: February 15, 2007

/s/ Louis G. Smith
Louis G. Smith, U.S. District Court, District of Columbia, Bar No. D00299
Tanya Chutkan, Esq., D.C. Bar No. 420478
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W. Ste 800
Washington, District of Columbia 20015
Tel (202) 237-2727
Fax (202) 237-6131
email: lsmith@bsfllp.com

Patrick D. Webb, Esq., Calif. Bar No. 82857
**WEBB & CAREY**
401 B Street, Suite 306
San Diego, Calif. 92101
Tel (619) 236-1650
Fax (619) 236-1283

Attorneys for WALTER ROSALES, KAREN TOGGERY, JAMUL INDIAN VILLAGE, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY