William A. Isaacson, Esq., DC Bar No. 414788
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W. Ste 800
Washington, District of Columbia 20015
Tel (202) 237-2727
Fax (202) 237-6131

Patrick D. Webb, Esq., CA State Bar No. 82857
**WEBB & CAREY**
401 B Street, Suite 306
San Diego, Calif. 92101
Tel (619) 236-1650
Fax (619) 236-1283

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, P.O. Box 85, Jamul, California, 91935 | CASE NUMBER: 1:07 CV 00162 |
| | JUDGE: Rosemary Collyer |
| KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, P.O. Box 375, Jamul, California, 91935 | DECK TYPE: Tribal Rights |
| | DATE STAMP: |
| JAMUL INDIAN VILLAGE, a federally recognized Indian tribe, P.O. Box 612, Jamul, California, 91935. | FIRST SUPPLEMENTAL DECLARATION OF PATRICK D. WEBB IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA, Department of Justice 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001, and its divisions, including but not limited to, DEPARTMENT OF THE INTERIOR, by and through Secretary DIRK KEMPTHORNE, in his official capacity, 1849 C Street, NW, Washington, D.C. 20240, BUREAU OF INDIAN AFFAIRS, by and through Assistant Secretary of Indian Affairs, JAMES E. CASON, in his official capacity, 1849 C Street. NW, Washington, D.C. 20240, | |
| Defendants. | |

I, PATRICK D. WEBB, declare:

1.    I am an attorney licensed to practice law before all the courts of the State of California, and a shareholder and employee of Webb & Carey, A.P.C.., and counsel for Plaintiffs. I have personal knowledge of the matters set forth herein and if called upon as a witness I would and could competently testify thereto.

2.    Attached hereto as Exhibit A are a series of photographs I had taken of parcel 04 and 05 this morning, March 12, 2007, depicting the commencement of grading and heavy construction work to demolish all structures on both parcels.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 12th day of March 2007 in San Diego, California.

/s/ Patrick D. Webb
Patrick D. Webb

EXHIBIT A











