UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSALES, et al., | ) CASE NUMBER: 1:07 CV 00162 |
| Plaintiffs, | ) JUDGE: Rosemary Collyer |
| vs. | ) |
| | ) DECK TYPE: Tribal Rights |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) DATE STAMP: |
| Defendants. | ) |
| | ) SECOND SUPPLEMENTAL DECLARATION |
| | ) OF PATRICK D. WEBB IN SUPPORT OF |
| | ) PLAINTIFFS' EMERGENCY MOTION FOR A |
| | )) TEMPORARY RESTRAINING ORDER |

I, PATRICK D. WEBB, declare:

1. I am an attorney licensed to practice law before all the courts of the State of California, and a shareholder and employee of Webb & Carey, A.P.C.., and counsel for Plaintiffs. I have personal knowledge of the matters set forth herein and if called upon as a witness I would and could competently testify thereto.

2. I have been informed that, contrary to the written agreement signed by Mr. Acebedo and attached to the emergency motion filed yesterday as Exhibit D, the homes of Plaintiffs Walter Rosales and Karen Toggery were destroyed yesterday by the agents photographed in Exhibit A of my prior Supplemental Declaration and Exhibits A and C of the motion. This has almost certainly resulted in the disturbance of human remains and funerary artifacts buried near and around the houses.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of March 2007 in San Diego, California.

/s/ Patrick D. Webb
Patrick D. Webb