# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, P.O. Box 85, Jamul, California, 91935 | CASE NUMBER: 1:07 CV 00162 |
| | JUDGE: Rosemary M. Collyer |
| KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, P.O. Box 375, Jamul, California, 91935 | DECK TYPE: Tribal Rights |
| | DATE STAMP: |
| JAMUL INDIAN VILLAGE, a federally recognized Indian tribe, P.O. Box 612, Jamul, California, 91935. | ORDER DENYING NON-PARTY MOTION FOR LEAVE TO FILE AS AMICUS CURIAE |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA, Department of Justice and its divisions, including but not limited to, DEPARTMENT OF THE INTERIOR, by and through Secretary DIRK KEMPTHORNE, in his official capacity, | |
| BUREAU OF INDIAN AFFAIRS, by and through Assistant Secretary of Indian Affairs, JAMES E. CASON, in his official capacity. | |
| Defendants. | |

**ORDER DENYING NON-PARTY MOTION FOR LEAVE TO FILE AS AMICUS CURIAE**

Because the Motion for Leave to File as Amicus Curiae [Dkt # 18] is untimely, and because the moving non-party failed to confer with opposing parties, has not demonstrated

impartiality, is adequately represented by Defendants, and elected not to timely intervene in this case, the Motion is hereby DENIED.

SO ORDERED, this ____ day of ____, 2007.

_____
Rosemary M. Collyer
UNITED STATES DISTRICT JUDGE