UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, et al., ) | CASE NUMBER:   1:07 CV 00162 |
| ) | |
| Plaintiffs, ) | JUDGE:   Rosemary M. Collyer |
| vs. ) | |
| ) | DECK TYPE:   Tribal Rights |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | DATE STAMP: |
| Defendants. ) | |
| ) | |
| ) | NOTICE OF APPEARANCE OF |
| ) | AARON J. SNOW |

**NOTICE OF APPEARANCE FOR PLAINTIFFS**

Please enter the appearance of Aaron J. Snow, in addition to Patrick D. Webb, William A. Isaacson, Tanya S. Chutkan, and Louis G. Smith, as counsel of record for all plaintiffs. Mr. Snow is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Mr. Snow at the address set forth below.

Respectfully submitted,

Dated: March 14, 2007

/s/ Aaron J. Snow
Aaron J. Snow, Esq., D.C. Bar No. 500161
Tanya Chutkan, Esq., D.C. Bar No. 420478
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W. Ste 800
Washington, District of Columbia 20015
Tel  (202) 237-2727
Fax (202) 237-6131
asnow@bsfllp.com

Patrick D. Webb, Esq., Calif. Bar No. 82857
**WEBB & CAREY**

401 B Street, Suite 306
San Diego, Calif. 92101
Tel  (619) 236-1650
Fax (619) 236-1283
pwebb@webbcarey.com

Attorneys for WALTER ROSALES, KAREN TOGGERY,  JAMUL INDIAN VILLAGE, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY