UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, P.O. Box 85, Jamul, California, 91935 | CASE NUMBER:   1:07 CV 00162 |
| | JUDGE:   Rosemary M. Collyer |
| | DECK TYPE:   Tribal Rights |
| KAREN TOGGERY, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY, P.O. Box 375, Jamul, California, 91935 | DATE STAMP: |
| JAMUL INDIAN VILLAGE, a federally recognized Indian tribe, P.O. Box 612, Jamul, California, 91935. | ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |
| Plaintiffs, vs. | |
| UNITED STATES OF AMERICA, Department of Justice and its divisions, including but not limited to, DEPARTMENT OF THE INTERIOR, by and through Secretary DIRK KEMPTHORNE, in his official capacity, | |
| BUREAU OF INDIAN AFFAIRS, by and through Assistant Secretary of Indian Affairs, JAMES E. CASON, in his official capacity. | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR
TEMPORARY RESTRAINING ORDER**

The Court hereby GRANTS Plaintiffs' Motion for a Temporary Restraining Order [Dkt # 20]. Accordingly, it is hereby ORDERED:

1.\tThat the United States, and its agencies, including, but not limited to, the Department of Interior and Bureau of Indian Affairs, and their officers, agents, servants, employees and attorneys and all persons in active concert with them, or any of them, be temporarily enjoined from, and enjoined from allowing, grading, excavating, operating heavy equipment, moving dirt and/or gravel, or any other construction activities on the parcels now known as 597-080-04, 597-080-05 and 597-080-06, and otherwise mutilating, disinterring, removing, excavating, and disturbing in any way, any Native Americans human remains, and the items associated with their human remains, including, but not limited to grave goods, cultural items, associated funerary objects, sacred objects, and objects of cultural patrimony, as defined in Cal. Pub. Res. Code 5097.9-5097.99, and 25 U.S.C. § 3001, that have been inhumed, interred, and deposited on the parcels now known as 597-080-04, 597-080-05 and 597-080-06; and

2.\tThat the United States, and its agencies, including, but not limited to, the Department of Interior and Bureau of Indian Affairs, and their officers, agents, servants, employees and attorneys and all persons in active concert with them, or any of them, be temporarily restrained from approving or allowing any alienation of Plaintiffs' rights to possession and quiet enjoyment of parcel 597-080-04.

SO ORDERED, this ____ day of ____, 2007.

\t\t\t\t\t\t_____
\t\t\t\t\t\tRosemary M. Collyer
\t\t\t\t\t\tUNITED STATES DISTRICT JUDGE