UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER J. ROSALES, et al., | CASE NUMBER: 01:07 cv 00162 |
| Plaintiffs, | JUDGE: Judge Rosemary M. Collyer |
| vs. | DECK TYPE: Tribal Rights |
| UNITED STATES OF AMERICA, et al., | DATE STAMP: |
| Defendants. | ERRATA REGARDING PLAINTIFFS' OPPOSITION TO THE GOVERNMENT'S MOTION FOR LEAVE TO FILE SURREPLY |

Plaintiffs submit the following correction to their Opposition to the Government's Motion for Leave to File a Surreply, filed March 15, 2007. On page 18, in footnote 13, Plaintiffs referred to "Exhibit A to Plaintiffs' emergency motion . . . ." The sentence should have referred to "Exhibits E and F," not "Exhibit A."

Dated: March 15, 2007

BOIES, SCHILLER & FLEXNER LLP

/s/ Aaron J. Snow
William A. Isaacson, Esq., D.C. Bar No. 414788
Tanya Chutkan, Esq., D.C. Bar No. 420478
Louis G. Smith, Esq., Bar No. D00299
Aaron J. Snow, Esq., D.C. Bar No. 500161
5301 Wisconsin Avenue, N.W. Ste 800
Washington, District of Columbia 20015
Tel (202) 237-2727
Fax (202) 237-6131


WEBB & CAREY

Patrick D. Webb, Esq., Calif. Bar No. 82857
401 B Street, Suite 306
San Diego, Calif. 92101
Tel (619) 236-1650
Fax (619) 236-1283

Attorneys for WALTER ROSALES, KAREN TOGGERY, JAMUL INDIAN VILLAGE, ESTATE OF HELEN CUERO, ESTATE OF DEAN ROSALES, ESTATE OF MARIE TOGGERY, ESTATE OF MATTHEW TOGGERY

1