UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALTER J. ROSALES,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-162 (RMC) |
| ) | |
| **UNITED STATES OF AMERICA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendants' Motion to Transfer Venue [Dkt. No. 6] is **GRANTED**; and it is

**FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1404(a), the Clerk shall transfer this action to the United States District Court for the Southern District of California.

**SO ORDERED.**

/s/
ROSEMARY M. COLLYER
United States District Judge

DATE: March 19, 2007